OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

**4/13/2015**
**HAYNES, KEITH DEWAYNE** Tr. Ct. No. 1018952-A WR-73,501-03

On this day, this Court has granted the trial court's request for an extension of time to file the supplemental record. The supplemental record is due in this Court on Wednesday, July 15, 2015.

Abel Acosta, Clerk

RETURN TO SENDER

RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE

KEITH DEWAYNE HAYNES
#1354681

Sheriff Tommy Thomas